UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

BORIS CHERTOCK,

               Plaintiff,

                                           **OPINION & ORDER**
                                           07-CV-77 (SJF) (JMA)

               -against-

ANDREW CUOMO, Attorney General of the State of
New York, both individual and official capacities;
STEVEN NAGEL, Deputy Attorney General of the State
of New York, in his individual capacity,

               Defendants.
_____X

 FEUERSTEIN, J.

       The Court is in receipt of defendants' motion to dismiss dated March 26, 2007 (ct. doc.

12). Pursuant to paragraphs 4(B) & (D) of the Individual Practices of this Court, a movant is

directed to file a copy of the cover letter only with the Court, and submit the papers to the Court

only after the motion has been fully briefed. Because defendants' motion was submitted prior to

becoming fully briefed, it is hereby DENIED WITHOUT PREJUDICE, and defendants are

directed to re-file and submit the motion in accordance with this Court's practices.

S/sjf_____
Sandra J. Feuerstein
United States District Judge

Dated: March 27, 2007
       Brooklyn, New York